UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

MDL NO. 2924
20-MD-2924

JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

THIS DOCUMENT RELATES TO:

*Mayor and City Council of Baltimore v. GlaxoSmithKline, et al.*
No. 9:21-cv-80245-RLR

### ORDER GRANTING PLAINTIFF THE MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO REMAND TO MARYLAND STATE COURT

It is **ORDERED AND ADJUDGED** that Plaintiff the Mayor and City Council of Baltimore's Motion to Remand (Dkt. # 3015) is **GRANTED** pursuant to the Court's Order issued on April 1, 2021 (Dkt. # 3156).

The following case is hereby **REMANDED** to the Circuit Court of Maryland for Baltimore City:

*Mayor and City Council of Baltimore v. GlaxoSmithKline, et al.*   No. 9:21-cv-80245-RLR

The Clerk of the Court may utilize the following address:

> Circuit Court of Maryland for Baltimore City
> Courthouse East
> 111 North Calvert Street
> Room 462
> Baltimore, MD 21202

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 2nd day of April, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE